Maria D. Noto, Esq.
LAW OFFICE OF MARIA D. NOTO, P.C.
746 Highway 34, Suite 8
Matawan, New Jersey 07747
Attorney for Defendant

| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES TORRES | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**CRIMINAL ACTION**<br><br>07-593<br><br>**CONSENT ORDER** |
|---|---|

This matter having come before the Court by application of Maria DelGaizo Noto, Esq., counsel for defendant, and, Robert L. Frazer, Assistant United States Attorney, appearing for the Government, and there being no objection to the motion by the Government;

IT IS on this ___ day of _____ 2008,

ORDERED that defendant Charles Torres conditions of release be amended to remove electronic monitoring.

_____
Honorable William H. Walls, U.S.D.J.

The undersigned hereby consent to the form and entry of the Order.

_____        _____
Robert L. Frazer, AUSA                    Maria D. Noto, Esq.
                                          Attorney for Defendant

Dated: May 29, 2008